Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAMANDEEP DHALIWAL, et al. <br><br> Defendant. | CASE NO. 1:10-cv-02107-LJO-GSA <br><br> ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE |

TO THE HONORABLE GARY S. AUSTIN, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Thursday, February 17, 2011 at 9:30 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Ramandeep Dhaliwal and Baldev Singh Kailay, individually and d/b/a Mountain Mikes Pizza.   As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

///

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Thursday, February 17, 2011 at 9:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

                                                Respectfully submitted,

Dated: February 9, 2011                */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

## **ORDER**

It is hereby ordered that the Scheduling Conference in civil action number 1:10-cv-02107-LJO-GSA styled *J & J Sports Productions, Inc. v. Ramandeep Dhaliwal, et al*., is hereby continued from Thursday, February 17, 2011 at 9:30 AM, to **March 30, 2011, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   **February 9, 2011**                /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE