IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 10-2107 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 14.) |
| vs. | |
| RAMANDEEP DHALIWAL, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters and dates, including the May 3, 2011 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** April 27, 2011          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE